IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr13-MHT |
| SCOTTIE ALICE JOHNSON | ) | (WO) |
| a/k/a Alice Johnson | ) | |

OPINION AND ORDER

Defendant Scottie Alice Johnson is charged in a seven-count indictment for violations of 18 U.S.C. § 371 (conspiracy) and 18 U.S.C. §§ 2 and 641 (theft of public money). The charges arise out of a scheme allegedly conducted by Johnson and a number of others to file fraudulent tax returns. This cause is now before the court on the question of whether Johnson is currently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, that

is, whether she has the mental capacity to stand trial. See 18 U.S.C. § 4241(a).

After the issue of Johnson's competency was raised by her attorney, this court set a competency hearing for April 24, 2013. Johnson was evaluated by Dr. Catherine L. Boyer, a clinical psychologist, on April 5, 2013. Dr. Boyer concluded that Johnson's "understanding is likely to be sufficient for competency." Rep. (Doc. No. 23) at 4. However, this conclusion bore a number of caveats. Noting that she found Johnson to be only "marginally" competent, Dr. Boyer explained that Johnson will require education about legal issues; will require the "use of simple terms with repetition as needed"; and will need to be asked "questions about what has been explained to ensure that she understands it." Id. at 4-5.

At the competency hearing, both parties to this case told the court that it could rely upon Dr. Boyer's report in making its competency finding. Furthermore, Johnson's attorney expressed a willingness to take the steps Dr.

Boyer described in order to ensure that Johnson is able to understand the proceedings and assist in her defense.

Based on the psychiatric evaluation and pursuant to 18 U.S.C. § 4241(a), the court finds and concludes that Johnson is not currently suffering from a mental disease or defect such that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

\*\*\*

Accordingly, it is ORDERED that defendant Scottie Alice Johnson is declared mentally competent to stand trial in this cause.

DONE, this the 26th day of April, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE